**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: PETITION TO SUBMIT BALLOT QUESTION TO CONCORD TOWNSHIP VOTERS | : No. 127 MM 2015 |
| | : |
| | : |
| | : Emergency Application for Extraordinary |
| COLETTE BROWN, Petitioner | : Relief |
| | : |
| DOMINIC PILEGGI, KEVIN O'DONAGHUE, ROBERT JUDGE, AUGUSTINE ALBINO, JOSEPH ALBINO, PATRICIA AUSMAN, CHRISTINA LAMBERT, AND DELAWARE COUNTY BOARD OF ELECTIONS, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2015, Petitioner's "Emergency Application for Extraordinary Relief" is hereby **DENIED**.